IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

JEREMY DEAN LAYMANCE
ADC # 163960                                                                PLAINTIFF

v.                          No. 4:17-cv-303-DPM

RICKY SHOURD, Sheriff, White County
Sheriff Office; PAUL HOFSTEAD, Deputy,
White County Sheriff Office; RICKY SMITH,
Administrator, Department of Human Services;
FELICIA HICKERSON, Case Worker, Department
of Family Protective Services; MONICA COLE,
Supervisor, Department of Family Protective
Services; RONNIE FOSTER, Captain, Anderson
County Sheriff Office; GARY TAYLOR, Sheriff,
Anderson County Sheriff Office; SHARON VAN
COMPERNOLLE, Great Grandparent of Child; and
JOHN VAN COMPERNOLLE, Great Grandparent
of Child                                                                    DEFENDANTS

ORDER

1. Laymance didn't submit a complete application to proceed *in forma pauperis*; he left most questions blank. № 1 at 1–2. His application and motion for service, № 1 & 7, are therefore denied without prejudice. Laymance must submit a completed application to proceed *in forma pauperis*, certificate, and certified calculation sheet by 26 August 2017. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL

RULE 5.5(c)(2). If the Court grants Laymance permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

2. The Court directs the Clerk to send Laymance a blank application to proceed *in forma pauperis* with a copy of this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2017