# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEREMY DEAN LAYMANCE                                                                           PLAINTIFF

v.                                      No. 4:17-cv-303-DPM-JTR

RICKY SHOURD, Sheriff, White County
Sheriff Office; PAUL HOFSTEAD, Deputy,
White County Sheriff Office; SHARON VAN
COMPERNOLLE, Great Grandparent of Child;
JOHN VAN COMPERNOLLE, Great Grandparent
of Child; CASEY WALKER, Agent, Department of
Human Services; WHITE COUNTY, ARKANSAS;
and ANDERSON COUNTY, TEXAS                                                                 DEFENDANTS

## ORDER

Unopposed partial recommendation, № 38, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes); *see also Lawson v. Simmons Sporting Goods, Inc.*, 2019 Ark. 84, 569 S.W.3d 865. Motion to dismiss, № 34, granted. Laymance's remaining claims against Sharon and John Van Compernolle are dismissed without prejudice for lack of personal jurisdiction.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

10 May 2019