# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEREMY DEAN LAYMANCE                                      PLAINTIFF

v.                      No. 4:17-cv-303-DPM

RICKY SHOURD, Sheriff, White County
Sheriff Office; PAUL HOFSTEAD, Deputy,
White County Sheriff Office; CASEY WALKER,
Agent, Department of Human Services;
WHITE COUNTY, ARKANSAS; and
ANDERSON COUNTY, TEXAS                                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, № 46, and overrules Laymance's objections, № 47. FED. R. CIV. P. 72(b)(3). Motions, № 40 & № 41, granted. Laymance's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019