# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVIVSION

JEREMY DEAN LAYMANCE            PLAINTIFF

v.            No. 4:17-cv-303-DPM

RICKY SHOURD, Sheriff, White
County Sheriff Office, *et al.*            DEFENDANTS

## JUDGMENT

1. Laymance's claims against Shourd, Hofstead, Walker, White County, and Anderson County are dismissed with prejudice.

2. All other claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019